448

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BARRIOS, Appellant. [643 NYS2d 417]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Thompson, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL BOWENS, Appellant. [643 NYS2d 418].

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and Sullivan, JJ., concur.